ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PETER GOULD,

        Plaintiff,

          24 Civ. 9111 (LLS)

  - against -

          ORDER

CUBITTS INC.,

        Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       March 19, 2025

                                        Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.